Geoffrey T. Hill, Esq. SBN 247138
CHAVEZ LEGAL GROUP
Physical Address:  333 S. Anita Dr., Ste. 625
Orange, CA 92868
Mailing Address:  11900 North 26th St., Ste. 200
Edinburg, TX 78539
Electronic Service: legal-mail@fredloya.com
Telephone: (714) 450-1731
Fax: (714) 634-3705
File: 491430

Attorney for Defendant LOYA CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN;<br><br>     Plaintiff,<br><br>     v.<br><br>RODOLFO OBESO; LOYA CASUALTY INSURANCE COMPANY DOES 1 TO 9,<br><br>     Defendants | Case No. 2:22-CV-00942-SB-PD<br><br>**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**<br><br>**Jury Trial Demanded**<br><br>Complaint Filed:2/9/22<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Defendant Loya Casualty Insurance Company ("Loya") submits the following answer to Plaintiff John Brosnan's ("Plaintiff") Complaint and asserts it affirmative defenses as follows.

**RESPONSE TO COMPLIANT AND DEMAND FOR JURY TRIAL**

-1-

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

1. Loya denies each and every allegation.

## RESPONSE TO PARTIES

2. Loya admits Plaintiff is a resident of California.

3. Loya admits that Defendant Obeso is a resident of Nevada.

4. Loya admits that it is an automobile insurance company that is a California corporation with it principal place of business and headquarters in Texas. Loya denies the balance of this allegation.

5. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

6. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

## RESPONSE TO JURISDICTION AND VENUE

7. Loya denies each and every allegation.

8. Loya admits that it is an automobile insurance company that is a California corporation with it principal place of business and headquarters in Texas. Loya admits Defendant Obeso is a resident of Nevada.  Loya denies the balance of this allegation.

9. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

10. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

-2-

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

11. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

12. Loya admits that it has not repaired Plaintiff's alleged damaged property; Loya has no obligation to do so.  As to the rest of the allegation, Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

13. Loya denies each and every allegation.

14. Loya denies each and every allegation.

15. Loya admits the Plaintiff's math is correct, Loya denies balance of this allegation.

16. Loya denies venue is proper as Plaintiff never alleges where the accident that gave rise to this matter appears.

## RESPONSE TO FACTUAL ALLEGATIONS

17. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

18. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

19. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

20. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

21. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

22. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

23. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

24. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

25. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

26. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

27. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

28. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

29. Loya admits that it has not repaired Plaintiff's property because it has no obligation to do so.  Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the rest of the allegations contained in this paragraph and, on that basis, denies each and every such allegation. Loya points out that through Plaintiff's Complaint he never states the date of the accident.

30. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

31. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

32. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

33. Loya admits the Plaintiff's math is correct, Loya denies balance of this allegation.

34. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

35. Loya admits that Defendant Rodolfo Obeso is its insured during the period of 3/14/19 to 9/14/19 and that he was furnished proof of insurance of his

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

Loya automobile insurance policy, policy number 80-784665756.  Loya cannot make out the graphic in the allegation and on that basis denies.

36. Loya admits Plaintiff submitted a claim.  Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the rest of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

37. Loya admits that is a California corporation with its principal place of business in Texas. Loya denies the balance of the allegation.

38. Loya denies each and every allegation.

39. Loya denies each and every allegation.

40. Loya denies each and every allegation.

41. Loya denies each and every allegation.

42. Loya denies each and every allegation.

43. Loya denies each and every allegation.

44. Loya admits that it has not repaired Plaintiff's alleged damaged property; Loya has no obligation to do so.  As to the rest of the allegation, Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

45. Loya denies each and every allegation.

46. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

47. Loya denies each and every allegation.

48. Loya denies each and every allegation.

49. Loya denies each and every allegation.

-6-

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

50. Loya denies each and every allegation.

51. Loya denies each and every allegation.

52. Loya denies each and every allegation.

53. Loya denies each and every allegation. (Regulations are rarely codified.)

54. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

55. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

56. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

57. Loya denies each and every allegation.

58. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

59. Loya denies each and every allegation.

60. Loya denies each and every allegation.

61. Loya denies each and every allegation. (There is no private right of action.)

62. Loya denies each and every allegation.

RESPONSE TO FIRST CAUSE OF ACTION – PROPERTY DAMAGE

63. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

64. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

65. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

66. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

67. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

68. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

69. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

70. Loya denies each and every allegation.

71. Loya denies each and every allegation.

RESPONSE TO SECOND CAUSE OF ACTION - NEGLIGENCE

72. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

-8-

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

73. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

74. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

75. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

76. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

77. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

78. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

79. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

80. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

81. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

82. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

### RESPONSE TO THIRD CAUSE OF ACTION – FRAUD

83. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

84. Loya denies each and every allegation.

85. Loya denies each and every allegation.

86. Loya denies each and every allegation.

87. Loya denies each and every allegation.

88. Loya denies each and every allegation.

### RESPONSE TO 4TH CAUSE OF ACTION – BREACH OF CONTRACT

89. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

90. Loya denies each and every allegation.

91. Loya denies each and every allegation.

92. Loya denies each and every allegation.

93. Loya denies each and every allegation.

94. Loya denies each and every allegation.

95. Loya denies each and every allegation.

96. Loya denies each and every allegation.

-10-

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

**RESPONSE TO FIFTH CAUSE OF ACTION – LATHAM ACT**

97. Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

98. Loya denies each and every allegation.

99. Loya denies each and every allegation.

100.  This allegation is irrelevant, Loya denies it is applicable to this matter if it is true, Loya denies.

101.  Loya denies each and every allegation.

102.  Loya denies each and every allegation.

**RESPONSE TO SIXTH CAUSE OF ACTION – RICO**

103.  Loya is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained in this paragraph and, on that basis, denies each and every such allegation.

104.  Loya denies each and every allegation.

105.  Loya denies each and every allegation.

106.  Loya denies each and every allegation.

107.  Loya denies each and every allegation.

108.  Loya denies each and every allegation.

109.  Loya denies each and every allegation.

110.  Loya denies each and every allegation.

111.  Loya denies each and every allegation.

112.  Loya denies each and every allegation.

113.  Loya denies each and every allegation.

114.  Loya denies each and every allegation.

115.  Loya denies each and every allegation.

-11-

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

116. Loya denies each and every allegation.

117. Loya denies each and every allegation.

118. Loya denies each and every allegation.

119. Loya denies each and every allegation.

120. Loya denies each and every allegation.

121. Loya denies each and every allegation.

122. Loya denies each and every allegation.

123. Loya denies each and every allegation.

124. Loya denies each and every allegation.

125. Loya denies each and every allegation.

126. Loya denies each and every allegation.

127. Loya denies each and every allegation.

128. Loya denies each and every allegation.

### RESPONSE TO PRAYER FOR RELIEF 1-7

129. In response to the Prayer for Relief, Loya denies the allegations in Plaintiff's Prayer For Relief and denies that Plaintiff is entitled to any of the relief sought.

### LOYA'S AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Loya states as follows:

130. First Affirmative Defense – Failure to State a Claim. The Complaint, and each and every claim for relief against Loya fails to state a claim upon which relief may be granted against Loya, and further fails to entitle Plaintiff to the relief sought or to any relief whatsoever against Loya.

131. Second Affirmative Defense – Lack of Jurisdiction. This Court lacks subject matter jurisdiction over the claims of the Complaint and this action.

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

132.   Third Affirmative Defense – Lack of Private Right of Action.  Plaintiff lacks the ability to bring any actions based on the California Fair Claims Settlement Practice Act and Regulation.

133.   Fourth Affirmative Defense – Failure to Mitigate. Plaintiff has failed to make reasonable effort to mitigate his alleged injuries or damages.

134.   Fifth Affirmative Defense – Unclean Hands - Plaintiff's conduct with respect to the matters alleged in the Complaint deprives Plaintiff of clean hands and, by reason of not coming into court with clean hands, Plaintiff is precluded from recovery from Loya.

135.   Sixth Affirmative Defense – Additional Affirmative Defenses. Loya hereby gives notice that it intends to rely upon such other affirmative defenses as may become available or apparent during the course of discovery and thus reserves the right to amend this Answer to assert such defenses, including defenses asserted by any other defendant.

LOYA'S PRAYER FOR RELIEF

136.   Wherefore, Loya prays for entry of judgment in its favor and against Plaintiff as follows:

1.  That this action be dismissed in its entirety and with prejudice;

2.  That Plaintiff take nothing by way of the Complaint;

3.  For such other relief as is demand just and proper.

Defendant Loya Casualty Insurance Company demands a jury trial.

DATED: April 12, 2022                    CHAVEZ LEGAL GROUP,

/s/Geoffrey T. Hill_____
GEOFFREY T. HILL, ESQ.
Attorney for Defendant Loya Casualty Insurance Company

-13-

**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**

1
2
3
**PROOF OF SERVICE**
**(C.C.P. Section 1013a(3))**
4
5
STATE OF CALIFORNIA        )
                             )ss.
6
COUNTY OF ORANGE        )
7
     I am over the age of 18 years of age and not a party to this action.  I am a resident of or employed in the county where the mailing took place.
8
9
     My residence or business address is 333 S. Anita Dr., Suite 625, Orange, California 92868.
10
     On April 12, 2022  I mailed from Orange, California the following documents:
11
**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**
12
     I served the documents on the person or persons below as follows:
13

| John Brosnan | Pro Per |
|---|---|
| 3680 Wilshire Blvd. Suite P04-1313 | |
| Los Angeles CA 90010 | Telephone:  (510) 350-6542 |
| | Facsimile:  unknown |
| johnbrosanlegal@gmail.com | |

14
15
16
17
**( )    BY PERSONAL SERVICE** I personally delivered the documents to the persons at the addresses listed.
18
**(X)    BY MAIL** I enclosed the documents in a sealed envelope or package addressed to persons listed by placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.
19
20
21
22
**(x )    BY ELECTRONIC SERVICE** I caused the documents to be sent to the persons at the electronic service listed.
23
24
     On April 12, 2022**,** the envelope or package was placed in the mail at **Orange, California.**
25
26
/s/Geoffrey T. Hill
Geoffrey T. Hill
27
-14-
28
**DEFENDANT LOYA CASUALTY INSURANCE COMPANY'S ANSWER TO PLAINTIFF JOHN BROSNAN'S COMPLAINT**